DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| Estate of Apple v. Commercial Courier Express, Inc. <br><br> Case Below: <br> 168 N.C. App. 175 | No. 117P05 | 1. Plt's PDR Under N.C.G.S. § 7A-31 (COA03-850-2) <br><br> 2. Defs' Conditional PDR Under N.C.G.S. § 7A-31 | 1. Denied 05/04/05 <br><br> 2. Dismissed as moot 05/04/05 |
| Francis v. Francis <br><br> Case Below: <br> 169 N.C. App. 442 | No. 250P05 | Plt's PDR Under N.C.G.S. § 7A-31 (COA04-765) | Denied 06/30/05 |
| Friend v. State <br><br> Case Below: <br> 169 N.C. App. 99 | No.197P05 | Plt's PDR Under N.C.G.S. § 7A-31 (COA04-570) | Denied 05/04/05 |
| Hemric v. Groce <br><br> Case Below: <br> 169 N.C. App. 69 | No. 209P05 | 1. Def's PDR Under N.C.G.S. § 7A-31 (COA04-92) <br><br> 2. Def's PWC to review the Decision of the COA | 1. Dismissed 06/30/05 <br><br> 2. Denied 06/30/05 |
| Hensley v. Industrial Maint. Overflow <br><br> Case Below: <br> 166 N.C. App. 413 (15 March 2005) | No. 514P04 | 1. Def's PDR Under N.C.G.S. § 7A-31 (COA03-1140) <br><br> 2. Plt's Motion to Dismiss Def's PDR | 1. Denied 05/04/05 <br><br> 2. Dismissed as moot 05/04/05 |
| Holroyd v. Montgomery Cty. <br><br> Case Below: <br> 167 N.C. App. 539 | No. 004P05 | 1. Plt's PDR Under N.C.G.S. § 7A-31(c) (COA03-1472) <br><br> 2. Plt's Alternative Petition for Writ of Certiorari | 1. Denied 05/04/05 <br><br><br> 2. Denied |
| Hook v. Hook <br><br> Case Below: <br> 170 N.C. App. 138 | No. 288P05 | Plt's PDR Under N.C.G.S. § 7A-31 (COA04-683) | Denied 06/30/05 |
| HSI N.C., LLC v. Diversified Fire Protection <br><br> Case below: <br> 169 N.C. App. 767 | No. 232P05 | Defs' (N.C. Monroe Construction Co. and Travelers Casualty & Surety Co. of America) Motion for Temporaty Stay (COA04-678) | Allowed 05/10/05 |
| Hultquist v. Morrow <br><br> Case Below: <br> 169 N.C. App. 579 | No. 215P05 | Plts' PDR Under N.C.G.S. § 7A-31 (COA04-561) | Denied 06/30/05 |